Fill in this information to identify the case:
Debtor name   **SMFG, Inc.**
United States Bankruptcy Court for the:   **MIDDLE DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Dell Business Credit** PO Box 6275 Carol Stream, IL 60197 | | computer equipment | | | | $0.00 |
| **Internal Revenue Service** Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101 | | for notice purposes | | | | $0.00 |
| **ISOutsource** 19119 North Creek Pkwy Suite 200 Bothell, WA 98011 | | trade debt | | | | $0.00 |
| **Moss Adams** 2707 Colby Avenue Suite 801 Everett, WA 98201 | | accounting services | | | | $0.00 |
| **NAP Management, Inc.** 7525 SE 24th Suite 315 Mercer Island, WA 98040 | | landlord - rent and utilites | | | | $0.00 |
| **Washington State Dept. of Revenue - Executive Office** PO Box 47450 Olympia, WA 98504-7450 | | for notice purposes | | | | $0.00 |