# United States Bankruptcy Court
## Middle District of Florida

In re  **SMFG, Inc.**                                                                                                   Case No.
                                    Debtor(s)                                                                            Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jared P. Crapson** | | | **24% ownership interest** |
| **Ron Fossum, Jr.** | | | **52% ownership interest** |
| **Sharon M. Fossum** | | | **24% ownership interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 8, 2016**                                  Signature  **/s/ Jared Crapson**
                                                                              **Jared Crapson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.